IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | CIVIL ACTION NO. |
| vs. | * | 08-0744-CG-C |
| BRENDA D. MOORE, | * | |
| Defendant. | * | |

**DEFAULT JUDGMENT**

An entry of default having been entered by the Clerk of Court as to Defendant, Brenda D. Moore, on March 24, 2009 (Doc. 8), all in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment against defaulted Defendant and having filed a proper unsworn declaration as to the amount due from Defendant to Plaintiff;

It is hereby **ORDERED** and **ADJUDGED** that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, judgment is rendered in favor of Plaintiff, the United States of America, and against Defendant, Brenda D. Moore, in the amount of $22,221.77 (principal of $15,983.80, prejudgment interest at 8% per annum in the amount of $6,237.97 through November 13, 2008), plus prejudgment interest at 8% per annum ($3.50 per day) from November 13, 2008, through the date of judgment, and post judgment interest at the legal rate of 0.57% pursuant to the provisions of Title 28, United States Code, Section 1961, until paid in full, and court costs.

**DONE** and **ORDERED** this 31st day of March, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

2